IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

GWYN RINEHART On Behalf Of The
Heirs Of JOHN C. RINEHART, Deceased                                    PLAINTIFF

VS.                                                            4:06CV96-GHD-EMB

ROBERTSON-CECO CORPORATION, ET AL.,                            DEFENDANTS

## ORDER STAYING CASE PENDING TRANSFER DECISION
## BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**UPON FURTHER REVIEW** of the file and record of this action, the undersigned finds a Conditional Transfer Order of the Judicial Panel on Multidistrict Litigation was filed herein on August 28, 2006. As such, all pre-trial proceedings in this action should be stayed, pending its likely transfer by the Judicial Panel on Multidistrict Litigation to *In re Asbestos Products Liab. Litig. (No. VI)*, the proceeding that has been established in the Eastern District of Pennsylvania.

**THEREFORE, IT IS ORDERED** that all pre-trial proceedings in this action shall be stayed, pending its likely transfer by the Judicial Panel on Multidistrict Litigation to *In re Asbestos Products Liab. Litig. (No. VI)*.

This, the 29th day of August, 2006.

/s/ Eugene M. Bogen
**U. S. MAGISTRATE JUDGE**